ERIC GRANT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DUBAN LAINEZ-OSEJO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, warden of the California City Correctional Facility, et al.<br><br>Respondents. | CASE NO. 1:25-CV-01846-DJC-JDP<br><br>STIPULATION REQUESTING MODIFICATION OF INTERNAL BRIEFING DEADLINES; FINDINGS AND ORDER<br><br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Respondents, by and through its counsel of record, and Petitioner, by and through his counsel of record, hereby stipulate as follows:

1. On December 12, 2025, Petitioner filed a petition for a Writ of Habeas Corpus. ECF 1. On December 16, 2025, Petitioner filed a Motion for a Temporary Restraining Order. ECF 3.

2. On December 17, 2025, the Court ordered the Respondents to submit any opposition to the Motion for Temporary Restraining Order by December 18, 2025, and the Petitioner to submit any reply by December 19, 2025. ECF No. 4.

3. On December 18, 2025, Respondent's counsel was assigned this case. Respondent's counsel reached out to Petitioner's counsel, and Petitioner's counsel agreed to a response date of December 22, 2025.

////

4. The parties respectfully request a short continuance as follows: Respondents shall submit any opposition by December 22, 2025, and the Petitioner may submit any reply when convenient.

IT IS SO STIPULATED.

Dated: December 19, 2025

ERIC GRANT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: December 19, 2025

/s/ MARY BOSWORTH
MARY BOSWORTH
Counsel for Petitioner
CARLOS DUBAN LAINEZ-OSEJO

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of December, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE