Mary J. Bosworth, ESQ. (CA SBN 219254)
Mary J. Bosworth, Attorney at Law
P.O. Box 720006
San Francisco, CA 94172
TEL. (415) 787-3050
FAX. (415) 787-7271
mary@marybosworthlaw.com

Attorney for Petitioner

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DUBAN LAINEZ OSEJO, | Case No.:    1:25-CV-01846-DJC-JDP (HC) |
| Petitioner, | |
| v. | **STIPULATION REQUESTING MODIFICATION OF BRIEFING DEADLINES; FINDINGS AND ORDER** |
| SERGIO ALBARRAN, ET AL., | **COURT: Hon. Daniel J. Calabretta** |
| Respondents. | |

Petitioner, by and through his counsel of record, and Respondents, by and through their counsel of record, hereby stipulate as follows:

1.     On December 12, 2025, Petitioner filed a petition for a Writ of Habeas Corpus. ECF 1.  On December 16, 2025, Petitioner filed a Motion for a Temporary Restraining Order. ECF 3.

2.     On December 30, 2025, the Court granted the Petitioner leave to submit a brief in support of the Petition and Request for Preliminary Injunction by January 13, 2026 and Respondents may file a single answer to Petition and opposition to Request for preliminary Injunction by January 28, 2026, and Petitioner's single reply, if any, is due on February 6, 2026.  ECF No. 11.

3.     On January 12, 2026, Petitioner attended a master hearing in Immigration Court. Petitioner's counsel requested additional time to draft a brief and Respondents' counsel agreed to a two-week extension to January 27, 2026.

1

STIPULATION REQUESTING MODIFICATION OF BRIEFING DEADLINES; FINDINGS AND ORDER

4.      The parties respectfully request a continuance as follows: Petitioner shall submit any brief in support of the Petition and Request for Preliminary Injunction by January 27, 2026, and the Respondents may submit any reply on February 11, 2026. The Petitioner's single reply, if any, is then due on February 20, 2026.

IT IS SO STIPULATED.

Date:  Jan. 13, 2026                         /s/ Mary Bosworth
                                             Mary J. Bosworth
                                             Mary J. Bosworth, Attorney at Law

                                             *Attorney for Petitioner*

Date:  Jan. 13, 2026                         ERIC GRANT
                                             United States Attorney

                                             /s/ Roger Yang
                                             Roger Yang
                                             Assistant United States Attorney

                                             *Attorney for Respondents*

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2026.

                                             /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

2

STIPULATION REQUESTING MODIFICATION OF BRIEFING DEADLINES; FINDINGS AND ORDER