Mary J. Bosworth, ESQ. (CA SBN 219254)
Mary J. Bosworth, Attorney at Law
P.O. Box 720006
San Francisco, CA 94172
TEL.  (415) 787-3050
FAX. (415) 787-7271
mary@marybosworthlaw.com

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

Carlos Duban Lainez Osejo**,**

                        *Petitioner*,

              v.

SERGIO ALBARRAN, Field Office Director
of the San Francisco Field Office of U.S.
Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director of U.S.
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; PAMELA
BONDI, Attorney General of the United States;
and Warden of the ICE Processing Center at
800 Truxton Avenue, Bakersfield, CA,

                        *Respondents*.

Case No.: 1:25-CV-01846-DJC-JDP

**STIPULATION REQUESTING
DISMISSAL WITHOUT PREJUDICE
OF FIRST AMENDED PETITION FOR
HABEAS CORPUS & RENEWED
MOTION FOR TEMPORARY
RESTRAINING ORDER; ORDER**

**COURT: Hon. Daniel J. Calabretta**

**STIPULATION**

Petitioner, by and through his counsel of record, and Respondents, by and through their counsel of record, hereby stipulate as follows:

1. On December 12, 2025, Petitioner filed a petition for a Writ of Habeas Corpus. ECF 1. On December 16, 2025, Petitioner filed a Motion for a Temporary Restraining Order. ECF 3.

2. On January 26, 2026, Petitioner filed a First Amended Petition for Writ of Habeas Corpus. ECF 14. On January 26, 2026, Petitioner filed a Renewed Motion for Temporary Restraining Order. ECF 15.

3. Petitioner now requests dismissal without prejudice of his First Amended Petition for Writ of Habeas Corpus and his Renewed Motion for Temporary Restraining Order, in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Date:    March 4, 2026                          /s/ Mary Bosworth
                                                Mary J. Bosworth
                                                Mary J. Bosworth, Attorney at Law

                                                *Attorney for Petitioner*


Date:    March 4, 2026                          ERIC GRANT
                                                United States Attorney

                                                /s/ Roger Yang
                                                Roger Yang
                                                Assistant United States Attorney

                                                *Attorney for Respondents*

## ORDER

IT IS SO FOUND AND ORDERED this 4th day of March, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE